IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY & AIMEE SANTANGELO            :
                                      :
        v.                            :        CIVIL ACTION NO. 16-1415
                                      :
THE UNITED STATES OF AMERICA          :

## O R D E R

     **AND NOW, TO WIT:** This ___23rd___ day of ___October___, 2017, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                          **KATE BARKMAN,** Clerk of Court


                          **BY:  /s/ Donna Donohue Marley**
                                Civil Deputy Clerk to Judge Surrick


Emailed:  10/23/17

E. Levine, Esquire
AUSA E. Gill
AUSA DeBruicker